IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **CHRISTOPHER M. HODGE,** | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION 11-0182-CG-N |
| **AL W. TOLBERT,** | : |
| Defendant. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that Plaintiff's Complaint be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 14th day of February, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE